UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-28-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| TORIBI DEJESUS | ) | |
|   a/k/a "Angel Manuel Cartagena-Resto" | ) | |

The United States of America, through its United States Attorney for the Eastern District of North Carolina, hereby respectfully moves the Court, pursuant to F.R. Crim. P. 48(a), to dismiss the Indictment and recall the Arrest Warrant in the above-captioned matter.

On January 29, 2004, an Indictment was returned by the Grand Jury and was filed under case number 5:04-CR-28-1BO3, which charged the defendant Toribi DeJesus, also known as "Angel Manuel Cartagena-Resto" with a violation of 18 U.S.C. 1542 (false statement in application and use of passport). Personnel from the U.S. Department of State, Diplomatic Security Service (DSS) have stated that the arrest warrant is no longer needed, and based on law enforcement record checks, all leads to locate the defendant has been exhausted, and it is likely that the defendant is no longer in the United States.

Therefore, it is respectfully requested that the Court dismiss the pending federal Indictment in the above-mentioned case without prejudice, pursuant to Rule

1

48(a) of the Federal Rules of Criminal Procedure and recall the Arrest Warrant issued

on February 2, 2004.   See Fed. R. Crim. P. 5 (2) (A) (1) (i) – (iii).

Respectfully submitted this the 25th day of January 2022.

MICHAEL F. EASLEY, JR.
United States Attorney


By:     */s/ Jason M. Kellhofer*
JASON M. KELLHOFER
Assistant U.S. Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: jason.kellhofer@usdoj.gov
OH Bar: 0074736

2